```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
USA,

                            Plaintiff,

      - against -

Amin Butler,

                        Defendant.
------------------------------------------------------------X

21-MJ-5137 UA-1

**TELEPHONE
CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER of Hearing: Telephone Conference set for **August 24, 2021, at 10:00 a.m.** before Magistrate Judge Robert W. Lehrburger. The attorney for BOP Ms. Sophia Papapetru must also be on this conference call. Parties shall call the teleconference line at (888)-398-2342, and enter access code 9543348.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 8/18/2021
      New York, New York

Copies transmitted this date to all counsel of record